# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY,

    Plaintiff,

v.

CASTLE LAW GROUP, PC,
a Tennessee Corporation,
JUDSON PHILLIPS, ESQ.,
an individual, et al.,

    Defendants.

CIVIL ACTION NO.: 5:19-CV-185
(BAILEY)

## ORDER DENYING AS MOOT DEFENDANT, JUDSON PHILLIPS, ESQ.'S MOTION [91] TO COMPEL

    Currently pending before the Court is Defendant's Motion [91] to Compel, filed June 4, 2020. This Motion was referred to the undersigned by Order from the District Court. On June 5, 2020, the undersigned filed an Order Setting Deadlines and Oral Argument/Evidentiary Hearing. Pursuant to said Order, all briefing was completed on June 25, 2020. A hearing was held on June 30, 2020.

    Pursuant to the Order entered July 2, 2020 [ECF No. 104], the parties were given until approximately July 9, 2020 to complete the meet and confer process with respect to Defendant's Motion. The parties have completed said process and have entered into a Stipulation [ECF No. 112]. According to the Stipulation, the issues raised in Defendant's Motion [91] to Compel which remained pending after the hearing of June 30, 2020, have been resolved. Accordingly, and for the reasons set forth in the parties' Stipulation of July 9, 2020 [ECF No. 112], Defendant's Motion [91] to Compel is hereby **DENIED as MOOT**.

It is so **ORDERED**.

Any party may, within **FOURTEEN DAYS** of this Order, file with the Clerk of the Court written objections identifying the portions of the Order to which objection is made, and the basis for such objection.  A copy of such objections should also be submitted to the District Court Judge of Record.  Failure to timely file objections to the Order set forth above will result in a waiver of the right to appeal from a judgment of this Court based upon such an Order.

The Court **DIRECTS** the Clerk of the Court to mail a copy of this Order to any *pro se* party by certified mail, return receipt requested, and to counsel of record herein.

Dated: 7/13/2020                                    /s/ James P. Mazzone
                                                                JAMES P. MAZZONE
                                                                UNITED STATES MAGISTRATE JUDGE