IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

DIANA MEY,

        Plaintiff,

v.                                                                                         CIVIL ACTION NO. 5:19-CV-185
                                                                                                                                 Judge Bailey

**CASTLE LAW GROUP, PC**, a Tennessee Corporation, **JUDSON PHILLIPS,** Esq., an individual, **CASTLE VENTURE GROUP, LLC,** a Tennessee limited liability company, **CASTLE EQUITY GROUP, INC.**, a Tennessee Corporation, **CASTLE PARTNERS INC.**, a Tennessee Corporation, **CASTLE MARKETING GROUP, LLC,** a Tennessee limited liability company, **TRISTAR CONSUMER GROUP,** a Tennessee Corporation, **MUSIC CITY VENTURES, INC.,** a Tennessee Corporation, **TRISTAR CONSUMER LAW**, a Tennessee Corporation, **TRISTAR CONSUMER LAW ORGANIZATION**, a Tennesee Corporation, **AMERICAN CONSUMER RIGHTS ORGANIZATION**, a Tennessee Corporation, **ADVOCUS LEGAL, INC.**, a Tennessee corporation, **TRISTAR CONSUMER LAW FOUNDATION,** a Tennessee Corporation, **CAPITAL COMPLIANCE GROUP, CO.**, a Tennessee Corporation, **CAPITAL COMPLIANCE GROUP, INC.**, a Tennessee Corporation, **CAPITAL RECOVERY LAW, PC,** a Tennessee Corporation, **ADVOCUS LEGAL ORGANIZATION,** a Tennessee Corporation, **US CONSUMER**

**ADVOCATES,** a Tennessee Corporation,
**THACKER AND ASSOCIATES INTERNATIONAL, LLC,** a foreign limited liability company, **BRUYETTE AND ASSOCIATES, LLC,** a Florida Corporation, **SEAN AUSTIN,** an individual, **WILLIAM MICHAEL KEEVER,** an individual, **ASHLEY R. KEEVER,** an individual, **STEVE HUFFMAN,** an individual, **JOHN PRESTON THOMPSON,** an individual, **JOHN DOES 1-10,** corporate entities and individuals presently unknown,

Defendants.

## MEMORANDUM OPINION AND ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS

Currently pending before this Court is plaintiff's Status Report [Doc. 127], which includes a Motion to Dismiss Without Prejudice defendants who have not been served. For good cause shown, the Motion **[Doc. 127]** is hereby **GRANTED**. Accordingly, defendants Tristar Consumer Law, PC; Tristar Consumer Law Organization; Tristar Consumer Law Foundation; American Consumer Rights Organization; Advocus Legal, Inc.; Castle Marketing Group, LLC; Capital Compliance Group, Inc.; and Capital Recovery Law are all hereby **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: November 4, 2020.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**