Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

USPS CERTIFIED MAIL™

9214 8901 1251 3410 0002 7035 13

US CONSUMER ADVOCATES
4636 LEBANON PIKE
#307
HERMITAGE, TN 37076



-R-T-S-   370765005-1N   *92 03/11/21
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



5:19-CV-185
Wheeling

FILED
MAR 29 2021
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003