IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
WEST VIRGINIA

DIANA MEY,

   Plaintiff,

v.

CASTLE LAW GROUP, PC,
A Tennessee Corporation;
JUDSON PHILLIPS, ESQ.,                       Civil Action No. 5:19-CV-185
An individual;
CASTLE VENTURE GROUP, LLC,
A Tennessee Limited Liability Company
CASTLE EQUITY GROUP, INC.,
A Tennessee Corporation;
CASTLE PARTNERS, INC.,
A Tennessee Corporation;
CASTLE MARKETING GROUP, LLC,
A Tennessee Limited Liability Company;
TRISTAR CONSUMER GROUP,
A Tennessee Corporation;
MUSIC CITY VENTURES, INC.,
A Tennessee Corporation;
TRISTAR CONSUMER LAW,
A Tennessee Corporation;
TRISTAR CONSUMER LAW ORGANIZATION;
A Tennessee Corporation;
AMERICAN CONSUMER RIGHTS ORGANIZATION;
A Tennessee Corporation;
ADVOCUS LEGAL, INC;
A Tennessee Corporation;
TRISTAR CONSUMER LAW FOUNDATION,
A Tennessee Corporation;
CAPITAL COMPLIANCE GROUP, CO.,
A Tennessee Corporation;
CAPITAL COMPLIANCE GROUP, INC.,
A Tennessee Corporation;
CAPITAL RECOVERY LAW, PC,
A Tennessee Corporation;
ADVOCUS LEGAL ORGANIZATION,
A Tennessee Corporation;
US CONSUMER ADVOCATES,
A Tennessee Corporation;
THACKER AND ASSOCIATES INTERNATIONAL, LLC,
A Foreign Limited Liability Company;
BRUYETTE AND ASSOCIATES, LLC,
A Florida Corporation;
SEAN AUSTIN, an individual;

3

**WILLIAM MICHAEL KEEVER, an individual;**
**ASHLEY R. KEEVER, an individual;**
**STEVE HUFFMAN, an individual;**
**JOHN PRESTON THOMPSON, an individual;**
**And JOHN DOES 1-10, corporate entities and individuals**
**presently unknown,**

        **Defendants.**


## CERTIFICATE OF SERVICE

I hereby certify this *Notice of Deposition* was filed via the Court's electronic CM/ECF filing system this 25th day of June, 2021, which will then send notification of such filing to the following:

John W. Barrett, Esq.
Jonathan R. Marshall, Esq.
Sharon F. Iskra, Esq.
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301

Castle Law Group PC
2 International Plaza #900
Nashville, TN 37217
Via U.S. Mail

Bruyette & Associates LLC
6607 A Hiddenwalk Drive #39
Winterpark, FL 32792
Via U.S. Mail

American Consumer Rights
4636 Lebanon Pike
Hermitage, TN 37076
Via U.S. Mail

Advocus Legal Organization
4636 Lebanon Pike #307
Hermitage, TN 37076
Via U.S. Mail

Advocus Legal, Inc.

4

4636 Lebanon Pike #307
Hermitage, TN 37076
Via U.S. Mail

Capital Compliance Group, Inc.
256 Jackson Meadows Dr. #200
Hermitage, TN 37076
Via U.S. Mail

Capital Recovery Law, PC
256 Jackson Meadows Dr. #200
Hermitage, TN 37076
Via U.S. Mail

Castle Equity Group Inc.
7100 Commerce Way, Suite 185
Brentwood, TN 37027
Via U.S. Mail

Castle Marketing Group, LLC
2 International Plaza, Suite 900
Nashville, TN 37217
Via U.S. Mail

Castle Venture Group, LLC
112 Public Square
Gallatin, TN 37066
Via U.S. Mail

Castle Partners, Inc.
112 Public Square
Gallatin, TN 37066
Via U.S. Mail

Tristar Consumer Group
503 Ligon Drive, Suite A
Nashville, TN 37204
Via U.S. Mail

Thacker & Associates International LLC
5810 Shelby Oaks Drive
Memphis, TN 38134
Via U.S. Mail

US Consumer Advocates
4636 Lebanon Pike #307
Hermitage, TN 37076
Via U.S. Mail

Tristar Consumer Law Organization
4636 Lebanon Pike #348
Hermitage, TN 37076
Via U.S. Mail

Tristar Consumer Law Foundation
4636 Lebanon Pike #341
Hermitage, TN 37076
Via U.S. Mail

Tristar Consumer Law
5865 Ridgeway Center Parkway, Suite 300
Memphis, TN 38120
Via U.S. Mail

/s/  Paul J. Harris
Paul J. Harris