**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**DIANA MEY,**

       **Plaintiff,**

**v.**                                                                  **Civil Action No. 5:19-cv-185**

**CASTLE LAW GROUP, PC,**
A Tennessee Corporation;
**JUDSON PHILLIPS, ESQ.,**
an individual;
**CASTLE VENTURE GROUP, LLC,**
A Tennessee limited liability company;
**CASTLE EQUITY GROUP, INC.,**
A Tennessee corporation;
**CASTLE PARTNERS INC.,**
A Tennessee corporation;
**CASTLE MARKETING GROUP, LLC,**
A Tennessee limited liability company;

**TRISTAR CONSUMER GROUP,**
A Tennessee Corporation;
**MUSIC CITY VENTURES, INC.,**
A Tennessee Corporation;
**TRISTAR CONSUMER LAW,**
A Tennessee Corporation;
**TRISTAR CONSUMER LAW ORGANIZATION;**
A Tennessee Corporation;
**AMERICAN CONSUMER RIGHTS ORGANIZATION;**
A Tennessee Corporation;
**ADVOCUS LEGAL, INC.;**
A Tennessee Corporation;
**TRISTAR CONSUMER LAW FOUNDATION,**
A Tennessee Corporation;
**CAPITAL COMPLIANCE GROUP, CO.,**
A Tennessee Corporation;
**CAPITAL COMPLIANCE GROUP, INC.,**
A Tennessee Corporation;
**CAPITAL RECOVERY LAW, PC.,**
A Tennessee Corporation;
**ADVOCUS LEGAL ORGANIZATION,**
A Tennessee Corporation;

**US CONSUMER ADVOCATES,**
A Tennessee Corporation;
**THACKER AND ASSOCIATES INTERNATIONAL,**
**LLC,** a foreign limited liability company;

**BRUYETTE AND ASSOCIATES, LLC,**
A Florida Corporation;

**SEAN AUSTIN,** an individual;
**WILLIAM MICHAEL KEEVER,** an individual;
**ASHLEY R. KEEVER,** an individual;
**STEVE HUFFMAN,** an individual;
**JOHN PRESTON THOMPSON,** an individual;
**And JOHN DOES 1-10,** corporate entities and
individuals presently unknown,

        **Defendants.**

## PLAINTIFF'S RULE 26(a)(3) DISCLOSURES*

\*Based on the Court's recent rulings striking Defendants' pleadings and defenses (ECF No. 202), and its Order denying reconsideration (ECF No. 207), Plaintiff believes this matter is now postured for disposition without a jury trial, and will file a motion to that effect shortly. Nonetheless, to meet the deadlines previously Ordered by the Court and Federal Rule of Civil Procedure 26(a)(3), Plaintiff Diana Mey makes Pretrial Disclosures of the evidence she anticipates presenting if a trial is required:

    **(i)**    The name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises:

*Expected witnesses:*

Plaintiff, Diana Mey
14 Applewood Drive
Wheeling, WV 26003-5019

2

Douglas L. Davis, Assistant Attorney General
State of West Virginia
Consumer Protection and Antitrust Division
P.O. Box 1789
Charleston, WV 25326-1789
(304) 558-8986

Stewart Abramson
522 Glen Arden Drive
Pittsburgh, PA 15208
(412) 362-4233

*Witnesses who may be called if need arises:*

Records custodian of Tennessee Secretary of State's Office
312 Rosa L. Parks Ave., 6th Floor
Nashville, TN 37243-1102
(615) 741-2286

Records custodian of Tennessee Board of Professional Responsibility
    of the Supreme Court of Tennessee
10 Cadillac Drive, Suite 220
Brentwood, TN 37027
(615) 361-7500

Records custodian of the Federal Communications Commission
Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS

Records custodian of the Federal Trade Commission
600 Pennsylvania Ave NW
Washington, D.C. 20580
(202) 326-3058

Paralegal of Bailey Glasser, LLP to authenticate correspondence

Defendants Sean Austin, Judson Phillips, Steve Huffman, John Preston Thompson, in their individual or representative capacities within any corporate, partnership or membership forum

**(ii)    the designation of those witnesses whose testimony the party expects to present by deposition:**

None.

3

(iii) **An identification of each document or other exhibit, including summaries of other evidence, separately identifying those items the party expects to offer and those it may offer if the need arises**:

*Expected Exhibits*:

1. Timeline of calls by Diana Mey

2. Recordings of calls

3. Transcripts of those calls which were transcribed

4. Documents, email correspondence, and email folders received by Diana Mey in connection with these calls

5. Phone records of Diana Mey

6. Credit card notifications of Diana Mey and correspondence related thereto

7. West Virginia Attorney General's file on Defendants and their entities

8. Tennessee Board of Professional Responsibility files concerning Judson Phillips, complete with affidavit, consent, and the complaints contained therein

9. Copies of complaints, answers, pleadings, motions, exhibits, discovery responses, injunctions or orders filed against Defendant(s) and their entities/enterprises. Below is a listing of those cases known as of present time:

    a. *Mark Ausseiker v. Eric Nelson, ACRO, Bruyette and BLS Tristar(s)*
    b. *Westgate Resorts v. Castle Law Group et al.*
    c. *Orange Lake Country Club v. Castle Law Group, Judson Phillips et al.*
    d. *Diamond Resorts Int'l v. Phillips et al.*
    e. *Wyndham v. Orlando Ventures, Inc., John Preston Thompson, John Steve Huffman et al.*
    f. *Stewart Abramson v. ACRO, MCV, Phillips et al.*
    g. *Stewart Abramson v. Thacker & Associates Int'l, LLC*
    h. *McGill v. Nashville Ventures*

10. Opinions and Orders from the Oregon Consumer and Business Services Division, Case No. CM-18-0103

11. Consumer Complaints about Debt Free America

12. Bank records and financial documents produced by Defendants in this case and those listed above

13. FOIA responses from Federal Trade Commission, inclusive of complaints and spreadsheet

14. FOIA responses from Federal Communications Commission

15. Secretary of State records/filings for any entities in which any named Defendant(s) are or were officers, owners, incorporators, shareholders, members, managers, or were otherwise affiliated

16. Diagrams of defendants' and their entities' interrelationships (demonstrative)
17. Table reflecting calls, violations, and connections to defendants (demonstrative)

18. Table calculating number of infractions of both statutes and penalties (demonstrative)

*Exhibits which may be offered if need arises:*

1. Affidavits of Process Servers' attempts to serve defendants and their entities

2. Correspondence of Judson Phillips to Sharon Iskra

3. Better Business Bureau files on defendants and/or any of their entities

4. BBB site captures for any of Defendants' entities

5. Defendants' discovery responses and supplements

Plaintiff reserves the right to supplement these disclosures as new information becomes available and as evolving trial strategy may require.

Plaintiff reserves the right to call any witness or utilize any exhibit listed by any Defendant.

                                                    Respectfully submitted,

                                                    **DIANA MEY,**
                                                    By Counsel,

 */s/ Sharon F. Iskra*
John W. Barrett (WV Bar No. 7289)
Jonathan R. Marshall (WV Bar No. 10580)

5

Sharon F. Iskra (WV Bar No. 6582)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
siskra@baileyglasser.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY,**

    **Plaintiff,**

**v.**                                            Civil Action No. 5:19-cv-185

**CASTLE LAW GROUP, PC,**
A Tennessee Corporation;
**JUDSON PHILLIPS, ESQ.,**
an individual;
**CASTLE VENTURE GROUP, LLC,**
A Tennessee limited liability company;
**CASTLE EQUITY GROUP, INC.,**
A Tennessee corporation;
**CASTLE PARTNERS INC.,**
A Tennessee corporation;
**CASTLE MARKETING GROUP, LLC,**
A Tennessee limited liability company;

**TRISTAR CONSUMER GROUP,**
A Tennessee Corporation;
**MUSIC CITY VENTURES, INC.,**
A Tennessee Corporation;
**TRISTAR CONSUMER LAW,**
A Tennessee Corporation;
**TRISTAR CONSUMER LAW ORGANIZATION;**
A Tennessee Corporation;
**AMERICAN CONSUMER RIGHTS ORGANIZATION;**
A Tennessee Corporation;
**ADVOCUS LEGAL, INC.;**
A Tennessee Corporation;
**TRISTAR CONSUMER LAW FOUNDATION,**
A Tennessee Corporation;
**CAPITAL COMPLIANCE GROUP, CO.,**
A Tennessee Corporation;
**CAPITAL COMPLIANCE GROUP, INC.,**
A Tennessee Corporation;
**CAPITAL RECOVERY LAW, PC.,**
A Tennessee Corporation;
**ADVOCUS LEGAL ORGANIZATION,**
A Tennessee Corporation;

**US CONSUMER ADVOCATES,**
**A Tennessee Corporation;**
**THACKER AND ASSOCIATES INTERNATIONAL,**
**LLC, a foreign limited liability company;**

**BRUYETTE AND ASSOCIATES, LLC,**
**A Florida Corporation;**

**SEAN AUSTIN, an individual;**
**WILLIAM MICHAEL KEEVER, an individual;**
**ASHLEY R. KEEVER, an individual;**
**STEVE HUFFMAN, an individual;**
**JOHN PRESTON THOMPSON, an individual;**
**And JOHN DOES 1-10, corporate entities and**
**individuals presently unknown,**

        **Defendants.**

## CERTIFICATE OF SERVICE

      I, Sharon F. Iskra, hereby certify that on January 31, 2022, I served a true and correct copy of "*Plaintiff's Rule 26(a)(3) Disclosures*" was filed with the Clerk of Court using the CM/ECF System and a true and accurate copy was served upon the following parties:

                      Paul J. Harris
                      Harris Law Offices
                      PO Box 1200
                      Fifteenth & Eoff Streets
                      Wheeling, WV 26003

                                                */s/ Sharon F. Iskra*