IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY,**

      **Plaintiff,**

v.                                                                                    Civil Action No. 5:19-cv-185

**CASTLE LAW GROUP, PC,**
A Tennessee Corporation, et al.

      **Defendants.**

## PLAINTIFF'S PROPOSED VERDICT FORM

1. We, the jury, find the following number of violations of the Telephone Consumer Protection Act ("TCPA") (if zero, enter -0-):

   Number of TCPA violations: _____

If your answer to No. 1 is anything other than zero, proceed to question 2. If your answer to No. 1 is zero, skip question 2 and proceed to question 3.

2. We, the jury, award the amount below as the penalty amount to be assigned for each separate violation of the Telephone Consumer Protection Act ("TCPA"). (Enter an amount between zero and $500; if zero, enter -0-):

   Amount awarded for each TCPA violation: _____

3. We, the jury, find the following number of violations of the West Virginia Consumer Credit and Protection Act ("WVCCPA") (if zero, enter -0-):

   Number of WVCCPA violations:_____

If your answer to No. 3 above is anything other than zero, proceed to question 4. If your answer to No. 3 is zero, skip question 4 and sign and date this verdict form.

      4.  We, the jury, award the amount below as the penalty amount to be assigned for each separate violation of the West Virginia Consumer Credit and Protection Act ("WVCCPA"). (Enter an amount between $100 and $3,000; if zero, enter -0-):

      Amount awarded for each WVCCPA violation: _____

_____         _____

Jury Foreperson        Date

                                                                                       Respectfully submitted,
                                                                                       **DIANA MEY,**
                                                                                       By Counsel,

 */s/ Sharon F. Iskra*
John W. Barrett (WV Bar No. 7289)
Jonathan R. Marshall (WV Bar No. 10580)
Sharon F. Iskra (WV Bar No. 6582)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
siskra@baileyglasser.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY,**

    **Plaintiff,**

**v.**                                         Civil Action No. 5:19-cv-185

**CASTLE LAW GROUP, PC,**
A Tennessee Corporation, et al.,

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, Sharon F. Iskra, hereby certify that on January 31, 2022, I served a true and correct copy of "*Plaintiff's Proposed Verdict Form*" was filed with the Clerk of Court using the CM/ECF System and a true and accurate copy was served upon the following parties:

        Paul J. Harris
        Harris Law Offices
        PO Box 1200
        Fifteenth & Eoff Streets
        Wheeling, WV 26003

                          */s/ Sharon F. Iskra*