IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,**

        Plaintiff,

v.                         **CIVIL ACTION NO. 5:19-CV-185**
                              Judge Bailey

**CASTLE LAW GROUP, PC**, a
Tennessee Corporation, **JUDSON
PHILLIPS,** Esq., an individual,
**CASTLE VENTURE GROUP, LLC,**
a Tennessee limited liability company,
**CASTLE EQUITY GROUP,
INC.**, a Tennessee Corporation,
**CASTLE PARTNERS INC.**, a
Tennessee Corporation,
**TRISTAR CONSUMER GROUP,** a
Tennessee Corporation, **MUSIC
CITY VENTURES, INC.,** a
Tennessee Corporation,
**CAPITAL COMPLIANCE GROUP, CO.,**
a Tennessee Corporation,
**ADVOCUS LEGAL ORGANIZATION,**
a Tennessee Corporation, **US CONSUMER
ADVOCATES,** a Tennessee Corporation,
**THACKER AND ASSOCIATES
INTERNATIONAL, LLC,** a foreign
limited liability company, **BRUYETTE
AND ASSOCIATES, LLC**, a Florida
Corporation, **SEAN AUSTIN,** an
individual, **WILLIAM MICHAEL
KEEVER,** an individual, **ASHLEY R.
KEEVER,** an individual, **STEVE
HUFFMAN,** an individual, **JOHN
PRESTON THOMPSON,** an individual,
**JOHN DOES 1-10**, corporate entities
and individuals presently unknown,

        Defendants.

1

## ORDER

For reasons appearing to the Court, the Final Pretrial Conference currently set for March 7, 2022, at 4:00 p.m, in Wheeling, WV, is hereby **RESCHEDULED** for **March 17, 2022, at 2:00 p.m., in Wheeling, WV.**

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this order to all counsel of record.

**DATED**: February 7, 2022.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE