UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

DIANA MEY,
          Plaintiff,

v.                                             CIVIL ACTION NO. 5:19-cv-185

CASTLE LAW GROUP, PC, et al.,
          Defendant.

## **CLERK'S ENTRY OF DEFAULT**

On this 4th day of April, 2022, the court records in the above-styled action indicate that this matter was removed to this Court from the Circuit Court of Ohio County pursuant to a Notice of Removal dated May 28, 2019. Plaintiff, by and through her counsel, filed a Renewed Omnibus Motion for Sanctions and Request for Entry of Default Judgment on February 21, 2022. On this date the court granted that motion in part and denied it in part by order of the Honorable Judge John Preston Bailey, in which the Clerk was directed to enter default against each remaining defendant.

Therefore, pursuant to the Order of the Honorable Judge John Preston Bailey entered on this date, **DEFAULT** is entered against defendants, **JUDSON PHILLIPS, CASTLE VENTURE GROUP, LLC, CASTLE EQUITY GROUP, INC., CASTLE PARTNERS INC., MUSIC CITY VENTURES, INC., CAPITAL COMPLIANCE GROUP, CO., ADVOCUS LEGAL ORGANIZATION, US CONSUMER ADVOCATES, THACKER AND ASSOCIATES INTERNATIONAL, LLC, WILLIAM MICHAEL KEEVER, ASHLEY R. KEEVER, STEVE HUFFMAN, and JOHN PRESTON THOMPSON.** .

      DATED: April 4, 2022

                                                  CHERYL DEAN RILEY,
                                                  CLERK, U.S. DISTRICT COURT

                                                  By  /s/ N.M. Maxwell
                                                      Deputy Clerk