# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY,**

       **Plaintiff,**

v.

**CASTLE LAW GROUP, PC,**
A Tennessee Corporation;
**JUDSON PHILLIPS, ESQ.,**

                        **Civil Action No. 5:19-CV-185**

An individual;
**CASTLE VENTURE GROUP, LLC,**
A Tennessee Limited Liability Company
**CASTLE EQUITY GROUP, INC.,**
A Tennessee Corporation;
**CASTLE PARTNERS, INC.,**
A Tennessee Corporation;
**CASTLE MARKETING GROUP, LLC,**
A Tennessee Limited Liability Company;
**TRISTAR CONSUMER GROUP,**
A Tennessee Corporation;
**MUSIC CITY VENTURES, INC.,**
A Tennessee Corporation;
**TRISTAR CONSUMER LAW,**
A Tennessee Corporation;
**TRISTAR CONSUMER LAW ORGANIZATION;**
A Tennessee Corporation;
**AMERICAN CONSUMER RIGHTS ORGANIZATION;**
A Tennessee Corporation;
**ADVOCUS LEGAL, INC;**
A Tennessee Corporation;
**TRISTAR CONSUMER LAW FOUNDATION,**
A Tennessee Corporation;
**CAPITAL COMPLIANCE GROUP, CO.,**
A Tennessee Corporation;
**CAPITAL COMPLIANCE GROUP, INC.,**
A Tennessee Corporation;
**CAPITAL RECOVERY LAW, PC,**
A Tennessee Corporation;
**ADVOCUS LEGAL ORGANIZATION,**
A Tennessee Corporation;
**US CONSUMER ADVOCATES,**
A Tennessee Corporation;
**THACKER AND ASSOCIATES INTERNATIONAL, LLC,**
A Foreign Limited Liability Company;
**BRUYETTE AND ASSOCIATES, LLC,**
A Florida Corporation;
**SEAN AUSTIN, an individual;**
**WILLIAM MICHAEL KEEVER, an individual;**

**ASHLEY R. KEEVER, an individual;**
**STEVE HUFFMAN, an individual;**
**JOHN PRESTON THOMPSON, an individual;**
**And JOHN DOES 1-10, corporate entities and individuals**
**presently unknown,**

       **Defendants.**

### DEFENDANTS CAPITAL COMPLIANCE GROUP, CO. AND JUDSON PHILLIPS' RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON THE RECORD

COME NOW Defendants Capital Compliance Group, Co. and Judson Phillips and hereby adopts and incorporates by reference the reasoning set forth in *Defendants Music City Ventures, Inc., John Preston Thompson and Steve Huffman's Response to Plaintiff's Motion for Entry of Default Judgment on the Record* [Doc 268].

WHEREFORE Defendants Capital Compliance Group, Co. and Judson Phillips respectfully request that this Honorable Court deny Plaintiff's claims.

                                                     Defendants Capital Compliance
                                                     Group, Co and Judson Phillips,
                                                     by counsel,

                                                     /s/ Paul J. Harris
                                                     Paul J. Harris
                                                     W.Va. Bar # 4673
                                                     32 Fifteenth Street
                                                     Wheeling, WV 26003
                                                     304.232.5300

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY,**

    **Plaintiff,**

**v.**

**CASTLE LAW GROUP, PC,**
A Tennessee Corporation;
**JUDSON PHILLIPS, ESQ.,**

An individual;
**CASTLE VENTURE GROUP, LLC,**
A Tennessee Limited Liability Company
**CASTLE EQUITY GROUP, INC.,**
A Tennessee Corporation;
**CASTLE PARTNERS, INC.,**
A Tennessee Corporation;
**CASTLE MARKETING GROUP, LLC,**
A Tennessee Limited Liability Company;
**TRISTAR CONSUMER GROUP,**
A Tennessee Corporation;
**MUSIC CITY VENTURES, INC.,**
A Tennessee Corporation;
**TRISTAR CONSUMER LAW,**
A Tennessee Corporation;
**TRISTAR CONSUMER LAW ORGANIZATION;**
A Tennessee Corporation;
**AMERICAN CONSUMER RIGHTS ORGANIZATION;**
A Tennessee Corporation;
**ADVOCUS LEGAL, INC;**
A Tennessee Corporation;
**TRISTAR CONSUMER LAW FOUNDATION,**
A Tennessee Corporation;
**CAPITAL COMPLIANCE GROUP, CO.,**
A Tennessee Corporation;
**CAPITAL COMPLIANCE GROUP, INC.,**
A Tennessee Corporation;
**CAPITAL RECOVERY LAW, PC,**
A Tennessee Corporation;
**ADVOCUS LEGAL ORGANIZATION,**
A Tennessee Corporation;
**US CONSUMER ADVOCATES,**
A Tennessee Corporation;
**THACKER AND ASSOCIATES INTERNATIONAL, LLC,**

    Civil Action No. 5:19-CV-185

**A Foreign Limited Liability Company;**
**BRUYETTE AND ASSOCIATES, LLC,**
**A Florida Corporation;**
**SEAN AUSTIN, an individual;**
**WILLIAM MICHAEL KEEVER, an individual;**
**ASHLEY R. KEEVER, an individual;**
**STEVE HUFFMAN, an individual;**
**JOHN PRESTON THOMPSON, an individual;**
**And JOHN DOES 1-10, corporate entities and individuals**
**presently unknown,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify this *Defendants Capital Compliance Group Co. and Judson Phillips' Response To Plaintiff's Motion For Entry Of Default Judgment On The Record* was filed via the Court's electronic CM/ECF filing system this 12th day of May, 2022, which will then send notification of such filing to the following:

    John W. Barrett, Esq.
   Jonathan R. Marshall, Esq.
    Sharon F. Iskra, Esq.
    Bailey & Glasser, LLP
    209 Capitol Street
   Charleston, WV 25301

    /s/  Paul J. Harris
     Paul J. Harris