IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,**

              Plaintiff,

    v.                                        CIVIL ACTION NO. 5:19-CV-185
                                                            Judge Bailey

**CASTLE LAW GROUP, PC**, a
Tennessee Corporation, **JUDSON
PHILLIPS,** Esq., an individual,
**CASTLE VENTURE GROUP, LLC,**
a Tennessee limited liability company,
**CASTLE EQUITY GROUP,
INC.**, a Tennessee Corporation,
**CASTLE PARTNERS INC.**, a
Tennessee Corporation,
**TRISTAR CONSUMER GROUP,** a
Tennessee Corporation, **MUSIC
CITY VENTURES, INC.,** a
Tennessee Corporation,
**CAPITAL COMPLIANCE GROUP, CO.,**
a Tennessee Corporation, **ADVOCUS LEGAL
ORGANIZATION,** a Tennessee
Corporation, **US CONSUMER
ADVOCATES,** a Tennessee Corporation,
**THACKER AND ASSOCIATES
INTERNATIONAL, LLC,** a foreign
limited liability company, **BRUYETTE
AND ASSOCIATES, LLC**, a Florida
Corporation, **WILLIAM MICHAEL
KEEVER,** an individual, **ASHLEY R.
KEEVER,** an individual, **STEVE
HUFFMAN,** an individual, **JOHN
PRESTON THOMPSON,** an individual,
**JOHN DOES 1-10**, corporate entities
and individuals presently unknown**,**

              Defendants.

1

## ORDER DIRECTING PLAINTIFF TO RESPOND

Pending before this Court is plaintiff's Motion for Default Judgment [Doc. 265], filed April 28, 2022. A Response [Doc. 268] was filed on May 12, 2022. For reasons appearing to the Court, plaintiff is hereby **DIRECTED** to file a reply to the aforementioned Motion within **seven (7) days** of the entry of this Order.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: June 17, 2022.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE