AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

DIANA MEY

*Plaintiff*

v.

CASTLE LAW GROUP, PC, a Tennessee Corporation, JUDSON PHILLIPS, Esq., an individual, CASTLE VENTURE GROUP, LLC, a Tennessee limited liability company, CASTLE EQUITY GROUP, INC., a Tennessee Corporation, CASTLE PARTNERS INC., a Tennessee Corporation, TRISTAR CONSUMER GROUP, a Tennessee Corporation, MUSIC CITY VENTURES, INC., a Tennessee Corporation, CAPITAL COMPLIANCE GROUP, CO., a Tennessee Corporation, ADVOCUS LEGAL ORGANIZATION, a Tennessee Corporation, US CONSUMER ADVOCATES, a Tennessee Corporation, THACKER AND ASSOCIATES INTERNATIONAL, LLC, a foreign limited liability company, BRUYETTE AND ASSOCIATES, LLC, a Florida Corporation, WILLIAM MICHAEL KEEVER, an individual, ASHLEY R. KEEVER, an individual, STEVE HUFFMAN, an individual, JOHN PRESTON THOMPSON, an individual, and JOHN DOES 1-10, corporate entities and individuals presently unknown,

*Defendant*

Civil Action No.   5:19-cv-185

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other:   The plaintiff, DIANA MEY recovers from the defendants STEVE HUFFMAN, JOHN PRESTON THOMPSON, MUSIC CITY VENTURES, CAPITOL COMPLIANCE GROUP, CO and JUDSON PHILLIPS the amount of $828,801.36, which includes prejudgment interest at the rate of 0%, plus post judgment interest at the rate of 2.85% per annum, along with costs.

This action was *(check one)*:

☒ decided by Judge   John Preston Bailey

Date:   7/5/2022

*CLERK OF COURT*

/s/ L.M. Murphy

*Signature of Clerk or Deputy Clerk*