Page 1
Mey, Diana
Diana Mey v. Castle Law Group, PC, et al.
August 13, 2021

```
 1          IN THE UNITED STATES DISTRICT COURT FOR THE

 2                NORTHERN DISTRICT OF WEST VIRGINIA

 3

 4     DIANA MEY,

 5              Plaintiff,

 6       vs.                              CIVIL ACTION NO.

 7                                        5:19-CV-185

 8     CASTLE LAW GROUP, PC,
       A Tennessee Corporation;
 9     JUDSON PHILLIPS, ESQ.,
       An individual;
10     CASTLE VENTURE GROUP, LLC,
       A Tennessee Limited Liability Company;
11     CASTLE EQUITY GROUP, INC.,
       A Tennessee Corporation;
12     CASTLE PARTNERS, INC.,
       A Tennessee Corporation;
13     CASTLE MARKETING GROUP, LLC,
       A Tennessee Limited Liability Company;
14     TRISTAR CONSUMER GROUP,
       A Tennessee Corporation;
15     MUSIC CITY VENTURES INC.,
       A Tennessee Corporation;
16     TRISTAR CONSUMER LAW,
       A Tennessee Corporation;
17     TRISTAR CONSUMER LAW ORGANIZATION;
       A Tennessee Corporation;
18     AMERICAN CONSUMER RIGHTS ORGANIZATION;
       A Tennessee Corporation;
19     ADVOCUS LEGAL, INC.;
       A Tennessee Corporation;
20     TRISTAR CONSUMER LAW FOUNDATION,
       A Tennessee Corporation;
21     CAPITAL COMPLIANCE GROUP, CO.,
       A Tennessee Corporation;
22     CAPITAL COMPLIANCE GROUP, INC.,
       A Tennessee Corporation;
23     CAPITAL RECOVERY LAW, PC,
       A Tennessee Corporation;
24     ADVOCUS LEGAL ORGANIZATION,
       A Tennessee Corporation;
```

EXHIBIT 2

FISH REPORTING SERVICES
PO Box 6315, Wheeling, WV 26003                           FishReporting@aol.com

Mey, Diana
Diana Mey v. Castle Law Group, PC, et al.

August 13, 2021

```
 1    US CONSUMER ADVOCATES,
      A Tennessee Corporation;
 2    THACKER AND ASSOCIATES INTERNATIONAL, LLC,
      A Foreign Limited Liability Company;
 3    BRUYETTE AND ASSOCIATES, LLC,
      A Florida Corporation;
 4    SEAN AUSTIN, an individual;
      WILLIAM MICHAEL KEEVER, an individual;
 5    ASHLEY R. KEEVER, an individual;
      STEVE HUFFMAN, an individual;
 6    JOHN PRESTON THOMPSON, an individual;
      and JOHN DOES 1-10,
 7    corporate entities and
      individuals presently unknown,
 8                 Defendants.

 9

10                       *   *   *

11              Videotaped Deposition of

12                     DIANA MEY

13              Friday, August 13, 2021

14                       *   *   *

15    a plaintiff herein, taken on behalf of some of the

16    defendants in the above-entitled cause of action,

17    pursuant to Amended Notice and the Federal Rules of

18    Civil Procedure, by and before Wendy K. Elswick,

19    Certified Court Reporter and Notary Public within and

20    for the State of West Virginia, held at the Federal

21    Courthouse, North Courtroom, 1125 Chapline Street,

22    Wheeling, WV  26003, commencing at 10:03 a.m.

23

24
```

Mey, Diana
Diana Mey v. Castle Law Group, PC, et al.

August 13, 2021

```
 1   Q.     Well, and it says, "and affiliates named herein."
 2   Were there any other names identified?
 3   A.     I think that was it.
 4   Q.     Okay.
 5   A.     I mean, during later calls, you know, this --
 6   this was a Second Amended Complaint.  And I believe my
 7   attorney provided you.  I mean, I've had 105 calls.  The
 8   most recent was April of this year [2021], that's not
 9   counting agreed-to callbacks.
10          So they -- they continue to call up until April
11   of this year.  So there were other entities that were
12   named.  And we did provide you, I think, with all the
13   other entities that were named.
14   Q.     So you counted up the calls and were --
15   A.     My attorney did.
16   Q.     Okay.  But it's your understanding there were 105
17   calls?
18   A.     Not counting the agreed-to callbacks.
19   Q.     Okay.  Not counting the agreed-to callbacks, you
20   received 105 calls; correct?
21   A.     Yes.  Yes.
22   Q.     All of those were recorded?
23   A.     Yes, I believe so.
24   Q.     All right.  During any of those 105 calls, did
```

```
 1   any person identify themselves as the defendant Judson
 2   Phillips?
 3   A.    No.
 4   Q.    Did anyone, during those 105 calls, identify
 5   themselves as the defendant Sean Austin?
 6   A.    No.
 7   Q.    Did anyone identify themselves, during those 105
 8   calls, as John Preston Thompson?
 9   A.    No.
10   Q.    Did anyone identify themselves, during those 105
11   calls, as the defendant Steve Huffman?
12   A.    No.
13   Q.    Did anyone identify themselves, during those 105
14   calls, as the defendant Music City Ventures, Inc.?
15   A.    No.
16   Q.    Did anyone identify themselves, during those 105
17   calls, any of them, as being affiliated with Capital
18   Compliance Group, Company?
19   A.    I don't believe so.
20   Q.    With regard to Paragraph 48, on Page 11 of the
21   Second Amended Complaint, there is a reference to a guy
22   by the name of Tom Garden.  Do you see that?
23   A.    Yes.
24   Q.    All right.  And there -- the last sentence of
```

```
 1   Paragraph 48 says, "Tom Garden represented that he was
 2   affiliated with Tristar Consumer Law."  You see that?
 3   A.    Yes.
 4   Q.    Is that the only entity that Mr. Garden said he
 5   was affiliated with?
 6   A.    Well, so, Mr. Garden has a very unique voice.
 7   And he used different names in other calls where he
 8   identified other entities.
 9         I believe on this particular call, though -- I
10   can't remember.  If I had my timeline in front of me, I
11   could tell you.
12         But I think he also said he was associated with
13   Bruyette.  Or however you pronounce it.  Bruyette and
14   Associates.
15   Q.    Another defendant in this case; correct?
16   A.    Correct.
17   Q.    All right.  Any other entities that Mr. Garden,
18   or anyone you believe to be Mr. Garden, any other
19   entities he associated himself with?
20              MS. ISKRA:  Diana, would it help you to
21   have your -- your timeline --
22              THE WITNESS:  Yes.
23              MS. ISKRA:  -- for the calls?
24         So we're talking about 105 calls.  Can she refer
```

Mey, Diana
Diana Mey v. Castle Law Group, PC, et al.

Page 18

August 13, 2021

```
 1   to that?
 2                MR. HARRIS:  Sure.
 3                MS. ISKRA:  This is what was produced with
 4   discovery.
 5                MR. HARRIS:  Thank you.
 6                MS. ISKRA:  Uh-huh.
 7   A.     So Tom Garden was, also, I believe, "Doug Adams."
 8   And I believe he was -- he had one other name.  "Vincent
 9   Bruno."  So --
10   Q.     (By Mr. Harris)  And that's based upon your
11   hearing his voice?
12   A.     Yeah.  He had a very unique voice.
13          I believe he also identified Robin Hood
14   Negotiators, or during a call with him, somebody
15   identified, that I was transferred to a woman who said
16   she was with "Robin Hood Negotiators," and that he was
17   part of their Marketing Department.
18          I'm trying to think.  I think he was also
19   identified, American Consumer Rights Organization, or
20   ACRO.
21          (Reviewing timeline document)  I think that's --
22   and there were quite a few names that they started
23   using, or they -- I know that they changed their names
24   frequently, so -- or dba, dba names or something, so.
```

1  Q.    In reviewing your notes or your outline, have you
2  now told me all of the entities Mr. Garden or whatever
3  alias you believe he used, all those entities he said he
4  was associated with?
5  **A.    No.  I mean, I'd have -- I have 25 pages here.**
6  **I'd have to go through them all.  I can't say for sure.**
7  **I just can't say for sure.**
8  Q.    Okay.  Well, let me ask you this, then.  Did
9  Mr. Garden or any of the aliases you believe this person
10 used, did he ever say he was associated with defendant
11 Judson Phillips?
12 **A.    Just by way of saying he was with Tristar**
13 **Consumer Law.**
14 Q.    Well, that -- that wasn't my question.  Did he
15 ever say he was associated with Judson Phillips?
16 **A.    He never gave the name Judson Phillips.**
17 Q.    Did he ever give the name Sean Austin?
18 **A.    No.**
19 Q.    Did he ever give the name John Preston Thompson?
20 **A.    No.**
21 Q.    Did he ever give the name Steve Huffman?
22 **A.    No.**
23 Q.    Did he ever give the name Music City Ventures,
24 Inc.?

Mey, Diana
Diana Mey v. Castle Law Group, PC, et al.

Page 20

August 13, 2021

1   **A.**   **No.**

2   Q.   Did he ever give the name Capital Compliance
3   Group, Co.?

4   **A.**   **No.**

5   Q.   Okay. Page 12, please, if you could turn to
6   that. The Paragraph 49, where it says, "Mr. Garden said
7   he was associated with Citi Card," your credit card
8   company, that's in the recording; correct?

9   **A.**   **Yes.**

10   Q.   All right. And then, Paragraph 50, "to identify
11   the caller and the company, Ms. Mey engaged in the
12   qualification and application process." You see that?

13   **A.**   **I do.**

14   Q.   How did you "engage in the qualification and
15   application process"?

16   **A.**   **I provided him with information, answer to the**
17   **questions he asked about my credit card and address and**
18   **things like that.**

19   Q.   Did you give him your credit card number?

20   **A.**   **Yes.**

21   Q.   Did you give him, for example, the last four
22   digits of your Social Security number?

23   **A.**   **I gave him, I think it was the last four of my**
24   **deceased mother's Social Security number.**