FILED: August 18, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1820 (L)
(5:19-cv-00185-JPB-JPM)

_____

DIANA MEY

   Plaintiff - Appellee

v.

JUDSON PHILLIPS, Esq., an individual; CAPITAL COMPLIANCE GROUP, CO., A Tennessee Corporation

   Defendants - Appellants

and

CASTLE LAW GROUP, PC, A Tennessee Corporation; CASTLE VENTURE GROUP, LLC, A Tennessee limited liability company; CASTLE EQUITY GROUP, INC., A Tennessee corporation; CASTLE PARTNERS INC., A Tennessee corporation; TRISTAR CONSUMER GROUP, A Tennessee Corporation; MUSIC CITY VENTURES, INC., A Tennessee Corporation; ADVOCUS LEGAL ORGANIZATION, A Tennessee Corporation; US CONSUMER ADVOCATES, A Tennessee Corporation; BRUYETTE AND ASSOCIATES, LLC, a Florida Corporation; THACKER AND ASSOCIATES INTERNATIONAL, LLC, a foreign limited liability company; WILLIAM MICHAEL KEEVER, an individual; ASHLEY KEEVER, an individual; STEVE HUFFMAN; JOHN PRESTON THOMPSON, an individual; JOHN DOES 1-10, corporate entities and individuals presently unknown

   Defendants

_____

No. 22-1859
(5:19-cv-00185-JPB-JPM)

_____

DIANA MEY

      Plaintiff - Appellee

v.

MUSIC CITY VENTURES, INC., A Tennessee Corporation; STEVE HUFFMAN; JOHN PRESTON THOMPSON, an individual

      Defendants - Appellants

and

JUDSON PHILLIPS, Esq., an individual; CAPITAL COMPLIANCE GROUP, CO., A Tennessee Corporation; CASTLE LAW GROUP, PC, A Tennessee Corporation; CASTLE VENTURE GROUP, LLC, A Tennessee limited liability company; CASTLE EQUITY GROUP, INC., A Tennessee corporation; CASTLE PARTNERS INC., A Tennessee corporation; TRISTAR CONSUMER GROUP, A Tennessee Corporation; ADVOCUS LEGAL ORGANIZATION, A Tennessee Corporation; US CONSUMER ADVOCATES, A Tennessee Corporation; BRUYETTE AND ASSOCIATES, LLC, a Florida Corporation; THACKER AND ASSOCIATES INTERNATIONAL, LLC, a foreign limited liability company; WILLIAM MICHAEL KEEVER, an individual; ASHLEY KEEVER, an individual; JOHN DOES 1-10, corporate entities and individuals presently unknown

      Defendants

_____

O R D E R

_____

The court consolidates Case No. 22-1820 (L) and Case No. 22-1859. Entry

of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                                                    For the Court--By Direction

                                                    <u>/s/ Patricia S. Connor, Clerk</u>