IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,**

          Plaintiff,

    v.                                    CIVIL ACTION NO. 5:19-CV-185
                                           Judge Bailey

**CASTLE LAW GROUP, PC**, a Tennessee Corporation, **JUDSON PHILLIPS,** Esq., an individual, **CASTLE VENTURE GROUP, LLC,** a Tennessee limited liability company, **CASTLE EQUITY GROUP, INC.**, a Tennessee Corporation, **CASTLE PARTNERS INC.**, a Tennessee Corporation, **TRISTAR CONSUMER GROUP,** a Tennessee Corporation, **MUSIC CITY VENTURES, INC.**, a Tennessee Corporation, **CAPITAL COMPLIANCE GROUP, CO.,** a Tennessee Corporation, **ADVOCUS LEGAL ORGANIZATION,** a Tennessee Corporation, **US CONSUMER ADVOCATES,** a Tennessee Corporation, **THACKER AND ASSOCIATES INTERNATIONAL, LLC,** a foreign limited liability company, **BRUYETTE AND ASSOCIATES, LLC**, a Florida Corporation, **WILLIAM MICHAEL KEEVER,** an individual, **ASHLEY R. KEEVER,** an individual, **STEVE HUFFMAN,** an individual, **JOHN PRESTON THOMPSON,** an individual, and **JOHN DOES 1-10**, corporate entities and individuals presently unknown,

          Defendants.

1

## ORDER STAYING CASE

On August 3, 2022, defendants filed a Notice of Appeal [Doc. 280] seeking the Fourth Circuit's review of this Court's Order Granting Judgment. [Doc. 272]. Given the effect that the outcome of this appeal could have on the trajectory of this litigation, this matter is hereby **STAYED** pending resolution of the appeals by the United States Court of Appeals for the Fourth Circuit.

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this order to all counsel of record.

**DATED**: September 15, 2022.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**