IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY,
Plaintiff,

v.

STEVE HUFFMAN, et al.,
Defendants.

Civil Action No. 5:19-cv-185

Judge Bailey

FILED

SEP 3 0 2025

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

## DEFENDANT STEVE HUFFMAN'S RESPONSE TO PLAINTIFF'S MOTION TO REOPEN CASE

Defendant Steve Huffman, appearing pro se, respectfully submits this response in opposition to Plaintiff's motion to reopen this case.

Plaintiff is attempting to use this Court as a collection mechanism rather than pursuing the established legal process for enforcing judgments. The proper course of action would be for Plaintiff to domesticate the judgment in Tennessee pursuant to the Uniform Enforcement of Foreign Judgments Act, Tenn. Code Ann. § 26-6-101 et seq., and then pursue collection remedies there. This process would require Plaintiff to retain Tennessee counsel and would ensure that Defendant receives the protections afforded under Tennessee law.

Instead, Plaintiff seeks to avoid those debtor protections and to pressure this Court into acting as a collection agency. That is not the role of this Court. Creditors across the country routinely pursue judgments by domesticating them in the debtor's state of residence and following the proper procedures. Plaintiff should be required to do the same here, rather than attempting to shortcut established law and deny Defendant his rights.

For these reasons, Defendant respectfully requests that Plaintiff's motion to reopen be denied.

Respectfully submitted,

Date: September 26, 2025

*/s/ Steve Huffman/*

Steve Huffman
2019 Hornsby Dr
Franklin, TN, 37064
615-364-3903
Pro Se Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26 day of September, 2025, I mailed a true and correct copy of the foregoing DEFENDANT STEVE HUFFMAN'S RESPONSE TO PLAINTIFF'S MOTION TO REOPEN CASE by depositing it in the United States Mail, postage prepaid, addressed to:

Christy Robinson
Bailey & Glasser, LLP
209 Capitol Street,
Charleston, WV 25301

Counsel for Plaintiff

And to Judson Phillips via email.


**Respectfully submitted,**

Steve Huffman
2019 Hornsby Dr.
Franklin TN 37064
615-364-3903
Pro Se Defendant